JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| TIMOTHY L. CALLENDRET,<br><br>　　　　Petitioner,<br><br>　v.<br><br>CHRISTIAN PFEIFFER, WARDEN,<br><br>　　　　Respondent. | CASE NO. CV 20-01624-AS<br><br><br>**JUDGMENT** |

　　Pursuant to the Order Granting Motion to Dismiss the Petition, Denying the Petition and Dismissing Action,

　　IT IS ADJUDGED that the Petition is denied and dismissed with prejudice.

　　DATED: July 16, 2020.

　　　　　　　　　　　　　　　　　　　　_____/s/_____
　　　　　　　　　　　　　　　　　　　　ALKA SAGAR
　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE